UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA S. MEDINA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>        Defendant. | ) CASE NO. CV 10-460-PJW<br>)<br>)<br>) J U D G M E N T<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    In accordance with the Order Granting Defendant's Motion to Dismiss the Complaint,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

    DATED: <u>June 8, 2010</u>.

                                      /s/ Patrick J. Walsh<br>
                                      PATRICK J. WALSH<br>
                                      UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\Medina, 460\JUDGMENT.wpd